IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG

**PATRICK E. CHURCHVILLE,**
        Petitioner,

v.                                                          **CIVIL ACTION NO. 3:20-CV-208**
                                                               **(GROH)**

**F. J. BOWERS, WARDEN,**
        Respondent.

## ORDER TO SHOW CAUSE

On November 5, 2020, Petitioner filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 challenging the calculation of good time credits. ECF No. 1. On that same date Petitioner paid the filing fee. ECF No. 3. Following the issuance of a notice of deficient pleading, on November 17, 2020, Petitioner filed the Court-approved form, with a memorandum in support of the petition and various exhibits. ECF Nos. 7, 7-1 through 7-7.

The undersigned has made a preliminary review of the petition and finds that summary dismissal of the same is not warranted. Accordingly, Respondent is directed to file an answer or responsive pleading within **twenty-eight (28) days** from the date of this Order to show cause why the writ should not be granted.

The Clerk is directed to mail a copy of this Order to Petitioner at his last known address listed on the docket by first class mail, return receipt requested. In addition, the Clerk is directed to add Assistant United States Attorney Sharon Potter, P.O. Box 591, Wheeling, West Virginia 26003, as counsel for the respondent, and send her both hard and electronic copies of this Order.

DATED:      November 19, 2020

                                                                /s/ *Robert W. Trumble*
                                                                ROBERT W. TRUMBLE
                                                                UNITED STATES MAGISTRATE JUDGE